JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, Ca. 94102
Telephone: (415) 436-6959
Facsimile: (415) 436-6753
E-mail: William.Frentzen@usdoj.gov

Attorneys for Plaintiff

**FILED**

**JUL 2 5 2008**

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3   0 8   7 0 4 8 3

| | |
|---|---|
| UNITED STATES | NO. CR |
| v. | [PROPOSED] ORDER TO SEAL |
| DENEAL MAHRSHAWN BOBO, | |
| Defendant. | |

Upon consideration of the Government's Motion to Seal Criminal Complaint, good cause being shown therefor,

IT IS HEREBY ORDERED, that the following documents will be filed under seal and remain under seal until further order of this Court:

the Criminal Complaint, Affidavit in Support of Complaint, and Arrest Warrant submitted by FBI Special Agent Jonathan Dubin on July 28, 2008; the Government's Motion to File Under Seal; and this Order.

SO ORDERED, this _2 8_ day of _____, 2008.

HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[Proposed] Order to Seal

1