AO 442  (Rev. 10/03) Warrant for Arrest                    671309/0811-0811-1305-J

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA
V.
DENEAL BOBO

**WARRANT FOR ARREST**

Case Number: 3 08 70483 MEJ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _DENEAL BOBO_

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

FILED
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

knowingly and intentionally distribute or possess with intent to distribute a controlled substance, to wit crack cocaine and cocaine salt in violation of Title 21, United States Code, Section 841(a)(1).

FILED
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

in violation of Title  21  United States Code, Section(s)  841(a)(1)

Honorable Maria-Elena James
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

7-28-08    San Francisco
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

San Bruno, CA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/4/2008 | Jen Dugan Sp Agt | |