rev. 8/31/07

| | |
|---|---|
| DOCUMENTS UNDER SEAL [X] | TOTAL TIME (mins): 2 min |

**MAGISTRATE JUDGE MINUTE ORDER**

| MAGISTRATE JUDGE | DEPUTY CLERK | REPORTER/FTR |
|---|---|---|
| | Karen L. Hom | FTR 9:38 to 9:40 |
| MAGISTRATE JUDGE | DATE | NEW CASE | CASE NUMBER |
| JOSEPH C. SPERO | August 19, 2008 | [ ] | 3-08-70483 MEJ |

### APPEARANCES

| DEFENDANT | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT | PD. [ ] RET. [X] |
|---|---|---|---|---|---|
| Deneal Bobo | | | | John Jordan | APPT. [ ] |

| U.S. ATTORNEY | INTERPRETER | [ ] FIN. AFFT SUBMITTED | [ ] COUNSEL APPT'D |
|---|---|---|---|
| Will Frentzen | | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL [ ] | PARTIAL PAYMENT OF CJA FEES [ ] |
|---|---|---|---|
| | Richelle Bracamonte | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| [ ] INITIAL APPEAR | [X] PRELIM HRG — Not held. | [ ] MOTION | [ ] JUGM'T & SENTG | [ ] STATUS |
| [ ] I.D. COUNSEL | [ ] ARRAIGNMENT | [ ] BOND HEARING | [ ] INITIAL APPEAR REV PROB OR S/R | [ ] OTHER |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [ ] ATTY APPT HEARING |

### INITIAL APPEARANCE

| [ ] ADVISED OF RIGHTS | [ ] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |

FILED
AUG 19 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### ARRAIGNMENT

| [ ] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [ ] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |

### RELEASE

| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES: PASSPORT SURRENDERED DATE: |

| PROPERTY TO BE POSTED | CORPORATE SECURITY [ ] | REAL PROPERTY: [ ] |
| [ ] CASH $ | | |

| [ ] MOTION FOR DETENTION | [ ] PRETRIAL SERVICES REPORT | [ ] DETAINED | [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [X] REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| [ ] CONSENT ENTERED | [ ] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 09/02/08 | [ ] ATTY APPT HEARING | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [ ] STATUS / TRIAL SET |
| AT: 9:30 AM | [ ] SUBMIT FINAN. AFFIDAVIT | [X] PRELIMINARY HEARING OR ARRAIGN-MENT | [ ] CHANGE OF PLEA | [ ] OTHER |
| BEFORE HON. Judge Laporte | [ ] DETENTION HEARING | | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [X] TIME WAIVED | [X] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Gov't Oral Motion to Unseal Entire Case, Except for the Motion to Seal - GRANTED. Gov't to prepare Order.

KLH, JCS, LH

DOCUMENT NUMBER: